IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 0 6 2005

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| NEM B.V., | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. H-01-1196 |
| | § | (ADMIRALTY) |
| M/V LEDATOR (TUXPAN REEF), her | § | |
| engines, tackle, apparel, etc., *in rem*, and | § | |
| SCHIFFAHRTS GmbH & CO., | § | |
| GREAT DANE PROJECT, INC., | § | |
| MARSHALL ISLDS, BBC CHARTERING | § | |
| & LOGISTIC GmbH & CO. KG, HER | § | |
| OWNERS, OPERATORS, CHARTERERS | § | |
| AND/OR MANAGER, *in personam*, | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL

The parties having announced to the Court that all claims at issue herein asserted by Nem

B.V. against Great Dane Projects, Inc., Delta Star Shipping, BBC Chartering & Logistic GmbH &

Co, KG and the M/V LEDATOR have been compromised and settled. The consideration for such

compromise having been paid in full, and counsel for Plaintiff having moved the Court for an Order

dismissing the cause with prejudice, and the Court being of the opinion that such Motion should be

granted, it is therefore,

ORDERED, ADJUDGED, and DECREED that the Plaintiff's Complaint herein be, and the

same is hereby, dismissed with prejudice, this Order of Dismissal shall have no effect on any claim

or action among the Defendants hereto, it is further

ORDERED that all costs shall remain for the account of the party for whom they were incurred.

DONE at Houston, Texas 7th day of October 2005.

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

William A. Durham
Eastham, Watson, Dale & Forney, L.L.P.
*Attorney in Charge for Defendant*
*Delta Star Shipping*


Jason P. Waguespack *
Galloway, Johnson, Tompkins, Burr & Smith
*Attorney in Charge for Defendant*
*Great Dane Projects, Inc.*


William H. Seele, Esq. *
Julian & Seele, P.C.
*Attorney in Charge for Defendant*
*BBC Chartering & Logistic GmbH & Co, KG*


John E. Cone, Jr., Esq.
Cone & Kilborn
*Attorney in Charge for Plaintiff, Nem B.V.*


* by Permission